```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  1:06 CR 00059 AWI
                                     )
12              Plaintiff,           )
                                     )
13       v.                          )  STIPULATION RE:
                                     )  CONTINUANCE AND ORDER
14  SERGIO REYNOL PADILLA,           )
       aka Sergio Reynol Padilla-    )
15     Gonzalez,                     )
    LORENA PEREZ,                    )
16  FRANCHESKA BRIZAN,               )
    DAMON GUNN, and                  )
17  DANIEL ANGULO,                   )
                                     )
18                                   )
                Defendants.          )
19  _____)
```

20       Defendant SERGIO REYNOL PADILLA, by and through his attorney,
21  STEPHEN MENSEL, Defendant LORENA PEREZ, by and through her
22  attorney, RICHARD P. BERMAN, Defendant FRANCHESKA BRIZAN, by and
23  through her attorney, JOSEPH SHEMARIA, Defendant DAMON GUNN, by
24  and through his attorney, JAMES HOMOLA, Defendant DANIEL ANGULO,
25  by and through his attorney, ROGER NUTTALL, and the United States
26  of America, by and through its attorneys, LAWRENCE G. BROWN,
27  Acting United States Attorney, and KAREN A. ESCOBAR, Assistant
28  ///

                                    1

1 | United States Attorney, hereby enter into the following
2 | stipulation:
3 |     1.  The parties to the above-captioned matter agree to vacate
4 | the July 28, 2009, trial date and reset the matter for trial on
5 | October 27, 2009, at 8:30 a.m. and to vacate the trial
6 | confirmation hearing set for June 29 at 9:00 a.m.
7 |     2.  The parties further agree that any responses to motions
8 | in limine shall be due on or before September 14, 2009, at 4:00
9 | p.m. and any replies shall be due on or before October 5, 2009, at
10 | 4:00 p.m.
11 |     3.  The parties further agree that the hearing on the motions
12 | and trial confirmation shall be held on Tuesday, October 13, 2009,
13 | at 11:00 a.m.
14 |     4.  The parties stipulate that the continuance is
15 | necessitated by the defendants' need to further investigate and
16 | prepare for trial and/or to negotiate a resolution of this matter,
17 | as well as the unavailability of counsel and government's
18 | scheduling conflicts due to the trial of <u>United States v. Harjeet</u>
19 | <u>Mann, et al</u>, 1:08CR212 OWW, set for June 9, which is expected to
20 | last several weeks.  The parties note that Mr. Nuttall is
21 | relatively new to the case and the parties are renewing plea
22 | negotiations.
23 |     5.  The parties stipulate that time would be excluded under
24 | the Speedy Trial Act and that the ends of justice served by
25 | granting the requested continuance outweigh the best interests of
26 | the public and the defendant in a speedy trial, in that the
27 | failure to grant the continuance would deny counsel for defense
28 | ///

2

1 | and the government a reasonable period of time to adequately
2 | prepare for trial.
3 | DATED: June 7, 2009                          Respectfully submitted,
4 |                                              McGREGOR W. SCOTT
  |                                              United States Attorney
5 |
  |                                              By: /s/ Karen A. Escobar
6 |                                                  KAREN A. ESCOBAR
  |                                              Assistant U.S. Attorney
7 |
8 |                                              /s/ Stephen Mensel
  |                                              STEPHEN MENSEL
9 |                                              Attorney for Defendant
  |                                              SERGIO REYNOL PADILLA
10 |
  |                                              /s/ Richard Berman
11 |                                              RICHARD P. BERMAN
  |                                              Attorney for Defendant
12 |                                              LORENA PEREZ
13 |
  |                                              /s/ Joseph Shemaria
14 |                                              JOSEPH SHEMARIA
  |                                              Attorney for Defendant
15 |                                              FRANCHESKA BRIZAN
16 |                                              /s/ James Homola
  |                                              JAMES HOMOLA
17 |                                              Attorney for Defendant
  |                                              DAMON GUNN
18 |
  |                                              /s/ Roger Nuttall
19 |                                              ROGER NUTTALL
  |                                              Attorney for Defendant
20 |                                              DANIEL ANGULO

                                 O R D E R

    Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current trial date of July 28 is hereby vacated and the trial is reset for October 27, 2009, at 8:30 a.m., and any motions in limine/trial confirmation hearing set for June 29, 2009, at 9:00 a.m. is hereby vacated and is reset for October 13, 2009, at 11:00 a.m.

                                    3

IT IS FURTHER ORDERED THAT any responses to motions in limine shall be filed on or before September 14, 2009, at 4:00 p.m. and any replies shall be filed on or before October 5, 2009, at 4:00 p.m.

The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny counsel for the defense and government a reasonable period of time to adequately prepare for trial or reach a resolution through plea negotiations.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   June 9, 2009**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

4