**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, LORENA PEREZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CRF-06-00059-AWI |
|---|---|
| **Plaintiff,** | **STIPULATION TO SET NEW MOTION IN LIMINE BRIEFING SCHEDULE AND TO CONTINUE HEARING DATE AND ORDER** |
| vs. | |
| **LORENA PEREZ, et al.,** | |
| **Defendants.** | |

   The parties herein, through their respective counsel, hereby agree and stipulate that the motion in limine hearing/trial confirmation currently set for October 13, 2009, at 11:00 a.m. be continued to October 19, 2009, at 9:00 a.m.

   The new motion briefing schedule is as follows:

   Motions in limine due September 28, 2009, by 4:00 p.m.;

   Responses to motions in limine due:  October 5, 2009, by 4:00 p.m.;

   Replies to motions in limine due:  October 13, 2009, by 4:00 p.m.;

///

///

1  The delay resulting from this continuance shall be excluded
2 in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F),
3 (h)(8)(A), and (h)(8)(B)(I).

4  DATED: September 17, 2009.   Respectfully submitted,

5                                LAW OFFICE OF RICHARD P. BERMAN

7                                By  /s/ RICHARD P. BERMAN
                                    RICHARD P. BERMAN
8                                   Attorney for Defendant,
                                    LORENA PEREZ

10  DATED: September 17, 2009.   LAWRENCE G. BROWN
                                 United States Attorney

12                                By /s/ KAREN ESCOBAR
                                    KAREN ESCOBAR
13                                  Assistant U.S. Attorney

14  DATED: September 17, 2009.   NUTTALL & COLEMAN

16                                 By /s/ ROGER T. NUTTALL
                                    ROGER T. NUTTALL
17                                  Attorney for Defendant,
                                    DANIEL ANGULO

18  DATED: September 17, 2009.

20                                 /s/ JOSEPH SHEMARIA
                                   JOSEPH SHEMARIA
21                                 Attorney for Defendant,
                                   FRANCHESKA BRIZAN

22  DATED: September 17, 2009.

24                                 /s/ STEPHEN MENSEL
                                   MICHAEL IDIART
25                                 Attorney for Defendant,
                                   SERGIO PADILLA

27 ///
28 ///

2

1    DATED:  September 17, 2009.

3                                        /s/   JAMES HOMOLA
                                         JAMES HOMOLA
4                                        Attorney for Defendant,
                                         DAMIAN GUNN

6                                        *******

7                                        **ORDER**

9  IT IS SO ORDERED.

10 **Dated:   September 25, 2009**            /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

3