(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
    DANIEL ANGULO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06 CR 00059 AWI |
| Plaintiff, | |
| vs. | **STIPULATION RE:** **CONTINUANCE OF SENTENCING** |
| DANIEL ANGULO, | And |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between counsel for the parties herein, that the Sentencing in the above matter currently scheduled on Monday, December 7, 2009, at 1:30 p.m., in the above-entitled court, be continued to Monday, January 11, 2010, at 1:30 p.m.

In addition to several other pending matters, counsel for Defendant has a trial scheduled to begin on December 7, 2009, in the matter of People vs. Aquino. Counsel has been preparing for this trial which is expected to last for one (1) week. Further, counsel has a trial in Santa Clara County in the matter of People vs. Gregory, commencing on December 14, 2009.

Counsel's office has conferred with Assistant United States Attorney, Karen Escobar, who has no objection to this continuance.  The January 11, 2009, was suggested by Ms. Escobar since she shall be on leave the end of December, 2009.

DATED: December 2, 2009.

                Respectfully submitted,

                NUTTALL & COLEMAN

By: /s/ ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant
    DANIEL ANGULO

DATED: December 2, 2009.

                /s/ KAREN ESCOBAR
                _____
                KAREN ESCOBAR
                Assistant U. S. Attorney

\* \* \* \* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 3, 2009**          **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE