**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852


ATTORNEYS FOR Defendant
DANIEL ANGULO


**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06 CR 00059 AWI |
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING** |
| DANIEL ANGULO, | **And** |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between counsel for the parties herein, that the Sentencing in the above matter currently scheduled on Monday, January 25, 2010, at 8:30 a.m., in the above-entitled court, be continued to Monday, February 22, 2010.

Counsel for the Defendant herein has received numerous letters totaling approximately 16 pages, in Spanish. These letters must be translated into English in order that counsel herein may present them to the court, to Ms. Escobar and to the Probation Office. Counsel herein is in the process of obtaining a translator to type these letters in English. Counsel feels that he needs at least another 30 days to have this task

1   accomplished.  Additionally, we have recently received other

2   materials which counsel wishes to address in a Sentencing

3   Memorandum.

4          Counsel's office has conferred with Assistant United

5   States Attorney, Karen Escobar, who has no objection to this

6   continuance.

7          Counsel respectfully requests that the Sentencing be

8   continued to February 22, 2010.

9          DATED:   January 20, 2010.

10                                  Respectfully submitted,

11                                  NUTTALL & COLEMAN

12
                                    By: /s/ ROGER T. NUTTALL
13
                                      ROGER T. NUTTALL
14                                    Attorneys for Defendant
                                      DANIEL ANGULO
15

16
     DATED: January 20, 2010.
17
                                      /s/ KAREN ESCOBAR
18                                   _____
                                     KAREN ESCOBAR
19                                   Assistant U. S. Attorney

20                        * * * * * * * * * * *

21                            **O  R  D  E  R**

22
     IT IS SO ORDERED.
23

24   **Dated:   January 20, 2010         ____/s/ Anthony W. Ishii____**

25                            CHIEF UNITED STATES DISTRICT JUDGE

26

27

28

                                   2